In the Matter of the Claim of JOHN H. HUBBARD, Respondent, against THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — railroads — foreman of yard coal pocket injured while unloading car — not engaged in interstate commerce.*

*Matter of Hubbard v. Lehigh & H. R. Ry. Co.*, 217 App. Div. 808, affirmed.

(Submitted March 29, 1927; decided May 3, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 18, 1926, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, employed as foreman of a coal pocket in the yard of a railroad engaged in interstate commerce, was injured while unloading a car at the pocket. The question was whether claimant was engaged in interstate commerce at the time of his injury.

*Stanley B. Johnson* and *Clifford S. Beattie* for appellant.

*Albert Ottinger*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.